

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00190-CV

STACEY HARTWIG, Appellant

V.

NEUROLOGICAL FITNESS AND RECOVERY FACILITIES II, LLC D/B/A NEUFIT; NEUROLOGICAL FITNESS EQUIPMENT AND EDUCATION, LLC; GARRETT SALPETER, AND TAYLER THATCHER, Appellees

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Stacey Hartwig.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered December 18, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.